# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

John Allen Bliss, Gail Bliss,

        Plaintiffs,                Civil No. 09-93 (RHK/RLE)

vs.

                                      **ORDER**

Pinnacle Financial Group Incorporated,

        Defendant.

---

        This matter is venued in the Fifth Division.

        All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: January 21, 2009

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge