IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| John Allen Bliss and Gail Bliss, | ) | Civil No. 09-93 RHK/RLE |
| Plaintiffs, | ) | |
| vs. | ) | |
| Pinnacle Financial Group Incorporated, | ) | **NOTICE OF DISMISSAL** |
| Defendant. | ) | |

This action is hereby voluntarily dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: February 18, 2009

CUROTT & ASSOCIATES, LLC

_____
Joseph J. Walsh (035272X)
Attorneys for Plaintiffs
P.O. Box 206
Milaca, Minnesota 56353
(320) 983-2104

\\Sherrij\wpdocs-sherrij\Bliss, John & Gail 28-10-13\not.of.dismissal.021809.doc